UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRELL CARR,

        Plaintiff,

    v.

WARDEN J. GASTELLE, et al.,

        Defendants.

No. C 16-1176 EDL (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a California state prisoner.[1] Plaintiff's complaint describes events that occurred at the California Men's Colony in San Luis Obispo, California, which is located in San Luis Obispo County. Defendants are also located in San Luis Obispo County. San Luis Obispo County is located within the venue of the United States District Court for the Southern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: March 22, 2016.

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge

P:\PRO-SE\EDL\CR.16\Carr176trans.wpd

---

[1] Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 1 at 4.)